UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRK HRADSKY,                            )
              Plaintiff,            )
                               )      No. 1:12-cv-824
-v-                                      )
                               )      HONORABLE PAUL L. MALONEY
CHECK AND GO OF MICHIGAN, INC. and       )
GLOBAL CHECK PROCESSING, LLC,            )
            Defendants.               )
_____ )

## JUDGMENT

Having entered default against Defendant Global Check Processing, LLC, the court determines that there is no just reason for delay in entering default judgment as well. Therefore, pursuant to Fed. R. Civ. P. 58, **DEFAULT JUDGMENT** is entered in favor of Plaintiff and against Defendant Global Check Processing, LLC.

Plaintiff is awarded, and **IT IS ORDERED** that Defendant Global Check Processing, LLC, shall pay to Plaintiff relief in the amount of $1,150.00, plus costs. If the parties cannot reach agreement regarding costs, Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan. The court also finds that Plaintiff is entitled to reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3). Plaintiff shall file a motion for such fees, with adequate support, as required by Fed. R. Civ. P. 54(d)(2).

**IT IS SO ORDERED.**

Date:   October 15, 2012                       /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge